UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LAWRENCE YOUNG,                                             :
                              Plaintiff                     :
                                                            :         20 Civ. 5742 (LGS)
            -against-                                       :
                                                            :         ORDER
LIBERTY UNIVERSITY, INC.,                                   :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order dated August 3, 2020, the parties were required to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5);

WHEREAS, the parties did not file a joint letter.  It is hereby

**ORDERED** that the parties shall file the joint letter, including the information requested in the Order at Dkt. No. 5, as soon as possible and no later than **September 22, 2020, at noon**.

Dated: September 21, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**