UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
LAWRENCE YOUNG,                               :
                          Plaintiff           :
                                              :      20 Civ. 5742 (LGS)
              -against-                       :
                                              :      ORDER
LIBERTY UNIVERSITY, INC.,                     :
                          Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order dated August 3, 2020, the parties were required to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference (Dkt. No. 5);

WHEREAS, the parties did not file a joint letter.  The parties filed a joint case management plan at Dkt. Nos. 10 and 12.  It is hereby

**ORDERED** that as soon as possible and no later than **September 22, 2020, at noon**, the parties shall file the joint letter, including the following information requested in the Order at Dkt. No. 5:

1. One telephone call-in number for a conference call, and if necessary a passcode. If the parties are not able to arrange a conference call, they shall state that they are unable to do so.

2. A brief statement of the nature of the case, , the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

3. A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes.  In addition,

in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall explain the factual basis for such jurisdiction, including (i) in the case of a corporation, the principal place of business and place of incorporation, (ii) in the case of a partnership, limited liability company or trust, the citizenship of each of the entity's members, shareholders, partners and/or trustees. If this information is lengthy, it may be included in an Appendix to the letter, not to be included in the page limit. (3) A brief description of any (i) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (ii) pending motions and (iii) other applications that are expected to be made at the status conference;

4. A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings. (This is narrower than the general scope of discovery stated in Rule 26(b)(1));

5. A computation of each category of damages claimed, see Fed. R. Civ. P. 26(a)(1)(A)(iii);

6. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

7. Any other information that the parties believe may assist this Court in resolving the action.

Dated: September 21, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**